# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
### GREAT FALLS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **CR 20-67-GF-BMM** |
| **Plaintiff,** | |
| **vs.** | **ORDER** |
| **MARK ALLEN HILL,** | |
| **Defendant.** | |

THIS MATTER comes before the Court on the United States' Unopposed Motion for Preliminary Order of Forfeiture.  The Court having read the Motion, the Brief in Support, and being fully advised in the matter, FINDS:

THAT the Defendant pled guilty to Count I of the Indictment, which provides a factual basis and cause to issue a forfeiture order forfeiting the currency described in the Indictment under 18 U.S.C. §§ 981(a)(1)(C), 1956(c)(7)(F), and 24(a)(2).

THEREFORE, IT IS ORDERED:

THAT Defendant's interest in the following property is forfeited to the United States in accordance with 18 U.S.C. § 981(a)(1)(C): a personal money judgment in the amount of $124,900 in United States currency; and

THAT because Fed. R. Crim. P. Rule 32.2(c)(1) provides that "no ancillary proceeding is required to the extent that the forfeiture consists of a money judgment," this order shall be made final as to the Defendant at the time of sentencing.

DATED this 5th day of May, 2021.

Brian Morris, Chief District Judge
United States District Court