IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MARK ALLEN HILL,<br><br>Defendant. | CR 20-67-GF-BMM<br><br><br><br>ORDER |

THIS MATTER comes before the Court on the United States' Unopposed Motion to File a Brief Under Seal. The Court having read the Motion and being fully advised in the matter, FINDS that there exists good cause to allow the United States to file its brief under seal.

THEREFORE, IT IS ORDERED:

THAT the United States' Brief in Support of its Motion for Preliminary Order of Forfeiture shall be filed under seal.

DATED this 5th day of May, 2021.

_____
Brian Morris, Chief District Judge
United States District Court